■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ORLANDO ROLDAN, Appellant, v JAMES RACETTE, as Superintendent of Adirondack Correctional Facility, et al., Respondents. —Appeal from a judgment of the Supreme Court (Viscardi, J.), entered December 12, 1990 in Essex County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed, without costs, upon the opinion of Justice Dominick J. Viscardi.

Casey, J. P., Weiss, Yesawich Jr., Mercure and Harvey, JJ., concur. Ordered that the judgment is affirmed, without costs, upon the opinion of Justice Dominick J. Vascardi.